DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM O'MALLEY,**
Appellant,

v.

**RANGER CONSTRUCTION INDUSTRIES, INC.,**
Appellee.

No. 4D18-3739

[December 19, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 502010CA003492XXXXMB.

Steven R. Browning of Spohrer & Dodd, P.L., Jacksonville, and Xavier T. Saunders, Jacksonville, for appellant.

Marjorie Gadarian Graham of Marjorie Gadarian Graham, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***